UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| CUSTOMINK, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 1:11cv662 |
| SHIRTMAGIC, LLC, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

THIS MATTER comes before the Court on Plaintiff's Motion to Strike ShirtMagic's Objections to CustomInk's First Set of Requests for Production and Interrogatories (Dkt 26). The Court has reviewed the pleadings.

General objections are looked upon with disfavor. Fed. R. Civ. P. 33(b)(4). The Court finds that defendant's general objections one through five are without merit and are stricken, except to the extent that defendant files an appropriate privilege log regarding attorney client privilege or attorney work product documents with its discovery responses.

Defendant has withdrawn its objections to production of confidential business information because the parties will be submitting a proposed protective order and only continues to object to Document Request 11 and Interrogatories 10, 12, and 14. Upon review of the allegations in the Complaint, the Court

strikes defendant's objections to those discovery requests; however, information responsive to Document Request 11 and Interrogatories 10 and 14 shall be limited to January 1, 2006 to the current date, without prejudice to plaintiff to seek prior periods based upon good cause.

All of defendant's other objections are hereby stricken. An appropriate Order shall be entered.

ENTERED this 8th day of November, 2011.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia