IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CUSTOMINK, LLC, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Case No.  1:11cv-662 CMH-TCB |
| v. ) | |
| ) | |
| SHIRTMAGIC, LLC, ) | |
| ) | |
|    Defendant. ) | |
| _____/ | |

### DEFENDANT SHIRTMAGIC, LLC'S MOTION TO COMPEL BETTER ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendant, Shirtmagic, LLC, ("Defendant" or "Shirtmagic") by and through undersigned counsel, moves this Court, pursuant to Fed. R. Civ. P. 37 and Local Rule of the Eastern District of Virginia Rule 37, and for the reasons stated in the accompanying Memorandum in Support (filed  herewith), to compel better answers to interrogatories and requests for production.

[*Signature follows on next page*]

Respectfully submitted,

LAW OFFICES OF ALAN H. YAMAMOTO

By: _____/s/_____
    Alan H. Yamamoto  VSB #25872
    643 S. Washington St.
    Alexandria, VA 22314
    Tel: 703-684-4700
    Fax 703 684-6643
    Yamamoto.law@verizon.net

    and

    ESPINOSA | TRUEBA, PL
    Jorge Espinosa (*admitted pro hac vice*)
    FL Bar No.  779032
    Jespinosa@etlaw.com
    Francesca Russo (*admitted pro hac vice*)
    FL Bar No.  174912
    Frusso@etlaw.com
    3001 S.W. 3rd Avenue
    Miami, FL  33129
    Tel:  305-854-0900
    Fax:  305-285-5555
    *Counsel for ShirtMagic, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November, 2011, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Randall K. Miller, Esquire
Nicholas M. DePalma, Esquire
Arnold & Porter LLP
1600 Tyson Boulevard, Suite 900
McLean, VA 22101-4865


Douglas A. Winthrop, Esquire
Elizabeth Wang, Esquire
Howard Rice Nemerovski Canady
Falk & Rabkin, A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024

I hereby further certify that I will mail this document by U.S. Mail to any non-filing users in this case.

_____/s/_____
Alan H. Yamamoto VSB #25872
Counsel for ShirtMagic LLC
Law Offices of Alan H. Yamamoto
643 S. Washington Street
Alexandria, VA  22314
(703) 684-4700
(703) 684-6643 Fax
Yamamoto.law@verizon.net