IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CUSTOMINK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11cv662 |
| v. ) | |
| ) | |
| SHIRTMAGIC, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

**[PROPOSED] ORDER GRANTING DEFENDANT, SHIRTMAGIC, LLC'S MOTION TO COMPEL BETTER ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION**

THIS CAUSE having come before the Court on Defendant ShirtMagic, LLC's ("Defendant") Motion to Compel Better Answers to Interrogatories and Requests for Production ("Motion"), and the Court having reviewed Defendant's Motion and the Court record, and having been otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that Defendant's Motion is GRANTED. The general objections are stricken in their entirety. The objections to requests nos. 5, 6, 7, 9, 11 and 12 and interrogatories nos. 3, 4 and 6 are stricken. Plaintiff CustomInk, LLC shall provide better responses and answers to the discovery requests and produce the responsive documents corresponding thereto, within ten (10) days of the date of this order.

ENTERED this _____ day of November 2011.

_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia