IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CUSTOMINK, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SHIRTMAGIC, LLC, )<br>)<br>    Defendant. )<br>_____/ | Case No.  1:11cv-662 CMH-TCB |

**NOTICE OF HEARING**

YOU ARE NOTIFIED Defendant, Shirtmagic, LLC, ("Defendant") has set for hearing before the Court, on Friday, November 18, 2011, at 10:00 a.m. its Motion to Compel Better Answers to Interrogatories and Requests for Production.

         Respectfully submitted,

         LAW OFFICES OF ALAN H. YAMAMOTO

         By: _____/s/_____
          Alan H. Yamamoto  VSB #25872
          643 S. Washington St.
          Alexandria, VA 22314
          Tel: 703-684-4700
          Fax 703 684-6643
          Yamamoto.law@verizon.net

         and

         ESPINOSA | TRUEBA, PL
         Jorge Espinosa (*admitted pro hac vice*)
         FL Bar No.  779032
         Jespinosa@etlaw.com
         Francesca Russo (*admitted pro hac vice*)
         FL Bar No.  174912
         Frusso@etlaw.com
         3001 S.W. 3rd Avenue
         Miami, FL  33129
         Tel:  305-854-0900 / Fax:  305-285-5555

         *Counsel for ShirtMagic, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November, 2011, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Randall K. Miller, Esquire
    Nicholas M. DePalma, Esquire
    Arnold & Porter LLP
    1600 Tyson Boulevard, Suite 900
    McLean, VA 22101-4865


    Douglas A. Winthrop, Esquire
    Elizabeth Wang, Esquire
    Howard Rice Nemerovski Canady
    Falk & Rabkin, A Professional Corporation
    Three Embarcadero Center, Seventh Floor
    San Francisco, CA 94111-4024

I hereby further certify that I will mail this document by U.S. Mail to any non-filing users in this case.

                                                 _____/s/_____
                                                 Alan H. Yamamoto VSB #25872
                                                 Counsel for ShirtMagic LLC
                                                 Law Offices of Alan H. Yamamoto
                                                 643 S. Washington Street
                                                 Alexandria, VA  22314
                                                 (703) 684-4700
                                                 (703) 684-6643 Fax
                                                 Yamamoto.law@verizon.net