IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CUSTOMINK, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  1:11cv-662 CMH-TCB |
| v. | ) | |
| | ) | |
| SHIRTMAGIC, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |

**JOINT MOTION TO EXTEND DEADLINES FOR EXPERT DISCLOSURES AND REBUTTAL EXPERT DISCLOSURES**

Plaintiff, CustomInk, LLC ("Plaintiff") and Defendant, Shirtmagic, LLC, ("Defendant") by and through undersigned counsel, hereby jointly move this Court for an order extending the time to serve Defendant's expert disclosure and the parties' rebuttal expert disclosures by ten (10) days, and in support state as follows:

1.      Defendant's expert disclosures are currently due on November 29, 2011.

2.      Plaintiff has recently seasonably supplemented its discovery and so Defendant (and Defendant's expert) require additional time to review before rendering an opinion.

3.      Likewise, in light of the additional time needed for Defendant's expert disclosures, the parties would need additional time to serve their rebuttal expert disclosures. The current deadline for parties to serve their rebuttal expert disclosures is December 2, 2011.

4.      Counsel for Plaintiff and Defendant believe that a short ten (10) day extension for Defendant's expert disclosure and a fifteen (15) day extension of the rebuttal expert disclosure deadline would provide sufficient time for these expert disclosures to be completed.

5. This short extension of time will not affect the current discovery cut-off date which is set for January 13, 2012.

**WHEREFORE**, Plaintiff, CustomInk, LLC and Defendant, Shirtmagic, LLC, jointly request that this Court enter an order extending the current deadline for Defendant's expert disclosure by ten (10) days to December 9, 2011 and the parties rebuttal expert disclosure deadline by ten (10) days to December 12, 2011, and for such other further relief as this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| ESPINOSA \|TRUEBA, PL | LAW OFFICES OF ALAN H. YAMAMOTO |
| By: __/s/Jorge Espinosa_____ | By: __/s/Alan H. Yamamoto_____ |
| * Jorge Espinosa | Alan H. Yamamoto |
| * Francesca Russo | 643 S. Washington St. |
| 3001 SW 3rd Avenue | Alexandria, VA 22314 |
| Miami, Florida 33129 | Fax (703) 684-6643 |
| Tel: (305) 854-0900 | Yamamoto.law@verizon.net |
| Fax (305) 285-5555 | |
| jespinosa@etlaw.com | *Counsel for ShirtMagic LLC* |
| | |
| *Counsel for ShirtMagic LLC* | |
| * admitted *pro hac vice* | |
| | |
| HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, A Professional Corporation | ARNOLD & PORTER LLP |
| | By: __/s/ Nicholas M. DePalma |
| By: __/s/ Elizabeth Wang_____ | Randall K. Miller (VA Bar #70672) |
| Doug Winthrop *(pro hac vice)* | Nicholas M. DePalma (VA Bar #72886) |
| Elizabeth Wang *(pro hac vice)* | 1600 Tyson Boulevard, Suite 900 |
| Three Embarcadero Center, 7th Floor | McLean, VA 22102-4865 |
| San Francisco, CA 94111-4024 | Main: 703.720.7000 |
| Direct: 415.677.6477 | Direct: 703.720.7030 |
| Facsimile: 415.677.6262 | Facsimile: 703.720.7399 |
| Email: dwinthrop@howardrice.com | Email: Randall.Miller@aporter.com |
| Email: ewang@howardrice.co111 | Email: Nicholas.DePalma@aporter.com |
| | |
| *Lead Counsel for Customlnk LLC* | *Local Counsel for Customlnk LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of November 2011, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Randall K. Miller, Esquire
Nicholas M. DePalma, Esquire
Arnold & Porter LLP
1600 Tyson Boulevard, Suite 900
McLean, VA 22101-4865


Douglas A. Winthrop, Esquire
Elizabeth Wang, Esquire
Howard Rice Nemerovski Canady
Falk & Rabkin, A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024

I hereby further certify that I will mail this document by U.S. Mail to any non-filing users in this case.

_____/s/_____
Alan H. Yamamoto VSB #25872
643 S. Washington St.
Alexandria, VA 22314
Law Office of Alan H. Yamamoto
Counsel for Shirtmagic, LLC
Tel: 703-684-4700
Fax: 703-684-6643
Yamamoto.law@verizon.net