IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CUSTOMINK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  1:11cv662 |
| v. ) | |
| ) | |
| SHIRTMAGIC, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

## **ORDER**

THIS CAUSE having come before the Court on Plaintiff, CustomInk, LLC's and Defendant Shirt Magic, LLC's Joint Motion for Extension of Time to Serve Defendant's Expert Disclosure and Rebuttal Expert Disclosures ("Joint Motion"), and the Court having reviewed the Joint Motion and the Court record, and having been otherwise been fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Joint Motion is GRANTED.  The time for the Defendant to serve its expert disclosures shall be extended to December 9, 2011 and the parties' rebuttal expert disclosure deadline shall be extended to December 17, 2011.

_____, 2011                             _____
                                                                                                  Hon. Claude M. Hilton
                                                                                                  United States District Court Judge